No. 12M38. GARCIA v. LOPEZ, WARDEN; and

No. 12M39. MORRIS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.